United States District Court
Eastern District of Virginia
Richmond Division

LHF Productions Inc

3:16-CV-00283

v.

Sir & Pamela Thomas
4608 Fordham RD
Richmond, VA, 23236



## Motion to Quash

I Sir Thomas Sr. Comes before this Court to file a motion to quash the Order and Subpoena filed by LHF Productions Inc. for the download of the video London Has Fallen Cam-Dingo, Niether my wife nor myself has any Idea about this video or even the fact of how it was downloaded. My wife was at work during the time that this video was suppose to be downloaded, and I don't know anything about it. We have contacted Comcast twice in the past because somehow someone gain access to our computer and accessed our banking Information and made large purchases using our account. We have no Idea how either one of these was done, and that is why I'm Requesting a motion to quash. Thank you in advance for your assistance with this matter.

Sir Edward Thomas Sr.
4608 Fordham Rd
Richmond, VA, 23236       804-303-5982